IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MARCUS INGRAM, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 1:21-cv-00429-SDG |
| JEN-WY, INC<br>A Corporation | : |
| Defendant. | : |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Marcus Ingram, in the above-styled action, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses this action with prejudice.

Dated: April 26, 2021.

    Respectfully Submitted,

    By: /s/ Pete M. Monismith
    Pete M. Monismith
    Georgia Bar 941228
    Attorney for Plaintiff
    3945 Forbes Ave., #175
    Pittsburgh, PA 15213
    (tel) 724-610-1881
    (fax) 412-258-1309
    pete@monismithlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 26, 2021, I filed the within and foregoing Plaintiff's Voluntary Dismissal with Prejudice. A true and correct copy of the same was delivered via electronic mail as follows:

MATTHEW L. WIKANDER
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503
mwikander@shrr.com

/s/ Pete M. Monismith
Pete M. Monismith

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/ Pete M. Monismith
Pete M. Monismith